1   MICHAEL A. FARBSTEIN (SB#107030)
    FARBSTEIN & BLACKMAN
2   A Professional Corporation
    411 Borel Avenue, Suite 425
3   San Mateo, California  94402-3518

4   Telephone: (650) 554-6200
    Facsimile:   (650) 554-6240
5
    Attorneys for Defendant
6   FOODMATCH, INC.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL DODGE,                    )   CASE NO. C 12-03650 JSW
                                      )
12          Plaintiff,                )   **STIPULATION AND ORDER**
                                      )   **CONTINUING CASE**
13  vs.                               )   **MANAGEMENT CONFERENCE**
                                      )
14  FOODMATCH, INC., and DOES ONE     )
    through TWENTY, inclusive,        )
15                                    )
            Defendants.               )
16  _____ )
                                      )
17                                    )
                                      )
18

19          WHEREAS the court has set a Case Management Conference in this matter for

20  October 26, 2012 at 1:30 p.m.; and

21          WHEREAS, the attorney for the defendant, Michael A. Farbstein will be

22  unavailable on October 26, 2012, due to obligations in other cases;

23          WHEREAS, both parties have agreed to continue the Case Management

24  Conference to November 9, at 1:30 p.m., which follows the schedule of the court herein.

25

26          IT IS HEREBY STIPULATED as follows:

27          That, subject to the approval of the court, the parties agree to continue the Case

28  Management Conference to November 9, 2012, at 1:30 p.m.

                                    1

1    **SO STIPULATED**:

2    DATED: October 19, 2012                    Respectfully submitted,

3
                                                        /S/
4                                          By_____
                                                   BOBBY SHUKLA
5                                                  Law Offices of Stephen M. Murphy
                                                   Attorneys for Plaintiff
6                                                  MICHAEL DODGE

7

8    DATED: October 19, 2012                    Respectfully submitted,

9
                                                   /S/
10                                         By_____
                                                   MICHAEL A. FARBSTEIN
11                                                 FARBSTEIN & BLACKMAN, APC
                                                   Attorneys for Defendant
12                                                 STANISLAUS COMMUNITY
                                                   ASSISTANCE PROJECT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

1

## ORDER

2          Based on the foregoing and good cause appearing therefrom IT IS HEREBY

3    ORDERED that the Case Management Conference currently set for Friday, October 26,
                                         16
4    2012, shall be continued to November 9, 2012, at 1:30 p.m.

5

6

**IT IS SO ORDERED:**

7

DATED: _October 22, 2012_

8                                                          _____
                                                          JEFFREY S. WHITE
9                                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           3    _____