1  MICHAEL A. FARBSTEIN (SB#107030)
   FARBSTEIN & BLACKMAN
2  A Professional Corporation
   411 Borel Avenue, Suite 425
3  San Mateo, California 94402-3518

4  Telephone: (650) 554-6200
   Facsimile:  (650) 554-6240
5
   Attorneys for Defendant
6  FOODMATCH, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL DODGE,                          ) CASE NO. C 12-03650 JSW
                                             )
12 |         Plaintiff,                      ) **STIPULATION AND ORDER**
                                             ) **CONTINUING CASE**
13 | vs.                                     ) **MANAGEMENT CONFERENCE**
                                             )
14 | FOODMATCH, INC., and DOES ONE           )
   | through TWENTY, inclusive,              )
15 |                                         )
   |         Defendants.                     )
16 |_____)
                                             )
17                                           )
                                             )
18

19     WHEREAS the court has set a Case Management Conference in this matter for

20 October 26, 2012 at 1:30 p.m.; and

21     WHEREAS, the attorney for the defendant, Michael A. Farbstein will be

22 unavailable on October 26, 2012, due to obligations in other cases;

23     WHEREAS, both parties have agreed to continue the Case Management

24 Conference to November 9, at 1:30 p.m., which follows the schedule of the court herein.

25

26     IT IS HEREBY STIPULATED as follows:

27     That, subject to the approval of the court, the parties agree to continue the Case

28 Management Conference to November 9, 2012, at 1:30 p.m.

                                    1
                                       STIPULATION AND ORDER CONTINUING
                                       CASE MANAGEMENT CONFERENCE

**SO STIPULATED**:

DATED: October 19, 2012                                  Respectfully submitted,

                                                            /S/
                                     By_____
                                          BOBBY SHUKLA
                                          Law Offices of Stephen M. Murphy
                                          Attorneys for Plaintiff
                                          MICHAEL DODGE

DATED: October 19, 2012                                  Respectfully submitted,

                                                            /S/
                                     By_____
                                          MICHAEL A. FARBSTEIN
                                          FARBSTEIN & BLACKMAN, APC
                                          Attorneys for Defendant
                                          STANISLAUS COMMUNITY
                                          ASSISTANCE PROJECT

## **ORDER**

Based on the foregoing and good cause appearing therefrom IT IS HEREBY ORDERED that the Case Management Conference currently set for Friday, October 26, 2012, shall be continued to November ~~9,~~ 16, 2012, at 1:30 p.m.

**IT IS SO ORDERED:**

DATED: October 22, 2012

_____
JEFFREY S. WHITE
United States District Judge

3
STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE