LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
P. BOBBY SHUKLA (No. 229736)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel:  (415) 986-1338
Fax:  (415) 986-1231

Attorneys for Plaintiff
MICHAEL DODGE


FARBSTEIN & BLACKMAN
A Professional Corporation
MICHAEL A. FARBSTEIN (No. 107030)
MAGGIE W. TRINH (No. 279604)
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Tel: (650) 554-6200
Fax: (650) 554-6240

Attorneys for Defendant
FOODMATCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DODGE,<br><br>        Plaintiff,<br><br>v.<br><br>FOODMATCH, INC., and DOES ONE through TWENTY, inclusive,<br><br>        Defendants. | Case No. CV 12-03650 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINES FOR DISCOVERY CUTOFF AND DISCLOSURE OF FINAL ROUND OF EXPERTS** |

    Plaintiff MICHAEL DODGE ("Plaintiff") and Defendant FOODMATCH, INC. ("Defendant") by and through their counsel of record herein, hereby stipulate and agree as follows:

1  WHEREAS, the Court issued a Civil Minute Order on November 16, 2012, ordering the
2 parties to, among other things, complete discovery by April 29, 2013 and disclose their final
3 round of experts by May 14, 2013;

4  WHEREAS, the parties participated in a mediation on February 14, 2013 before Robert
5 Fries, Esq. and delayed commencement of discovery pending the results of the mediation;

6  WHEREAS, the parties were unsuccessful in resolving the case at mediation;

7  WHEREAS, the parties have been diligently attempting to comply with the Court's
8 pretrial order but need additional time to complete discovery, including depositions;

9  WHEREAS, the parties need additional time to retain and prepare experts prior to
10 disclosure;

11  WHEREAS, the parties wish to have an opportunity to discuss settlement before retaining
12 and obtaining reports from all experts;

13  WHEREAS, the parties agree that continuing the current pre-trial deadlines will not
14 prejudice any party in this case;

15  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to extend
16 the following pre-trial deadlines set by the Court on November 16, 2012, by approximately three
17 months as follows:

18  1. Close of Fact Discovery from April 29, 2013 to August 1, 2013
19  2. Last Day to Disclose Experts from May 14, 2013 to August 15, 2013
20  3. Close of Expert Discovery from May 29, 2013 to August 29, 2013
21  4. Hearing Dispositive Motions from August 16, 2013 at 9:00 a.m. to October ~~20~~ 11, 2013
22     at 9:00 a.m.
23  5. Pre-trial Conference from November 12, 2013 at 2:00 p.m. to ~~November 25~~ December 16, 2013 at
24     2:00 p.m.

25 ///
26 ///
27 ///
28 ///

Case No. CV 12-03650 JSW                                                                    Page 2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND DEADLINES FOR
DISCLOSURE OF FINAL ROUND OF EXPERTS

1  The Court CONTINUES to January 8, 2014 ~~The parties do not propose any changes to the dates set for~~ Jury Selection (~~December 4,~~
2  ~~2013~~ at 8:00 a.m.) ~~or~~ Jury Trial to January 13, 2014 (~~December 9, 2013~~ at 8:00 a.m.).

3  Dated: April 2, 2013              LAW OFFICES OF STEPHEN M. MURPHY

4                                     By:   /s/ P. Bobby Shukla
                                          STEPHEN M. MURPHY
5                                         P. BOBBY SHUKLA
                                          Attorneys for Plaintiff
6                                         MICHAEL DODGE

7
   Dated: April 2, 2013              FARBSTEIN & BLACKMAN
8
                                      By:   /s/ Michael A. Farbstein
9                                         MICHAEL A. FARBSTEIN
                                          Attorneys for Defendant
10                                        FOODMATCH, INC.

11
   **IT IS SO ORDERED**, AS MODIFIED ABOVE.
12

13
   Dated: April 8, 2013              By: /s/ Jeffrey S. White
14                                        JEFFREY S. WHITE
                                          UNITED STATES DISTICT JUDGE

Case No. CV 12-03650 JSW                                          Page 3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND DEADLINES FOR
DISCLOSURE OF FINAL ROUND OF EXPERTS