| | |
|---|---|
| 1 | LAW OFFICES OF STEPHEN M. MURPHY |
| | STEPHEN M. MURPHY (No. 103768) |
| 2 | P. BOBBY SHUKLA (No. 229736) |
| 3 | 353 Sacramento Street, Suite 1140 |
| | San Francisco, CA 94111 |
| 4 | Tel: (415) 986-1338 |
| | Fax: (415) 986-1231 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | MICHAEL DODGE |
| 7 | |
| 8 | FARBSTEIN & BLACKMAN |
| | A Professional Corporation |
| 9 | MICHAEL A. FARBSTEIN (No. 107030) |
| | MAGGIE W. TRINH (No. 279604) |
| 10 | 411 Borel Avenue, Suite 425 |
| | San Mateo, California 94402-3518 |
| 11 | Tel: (650) 554-6200 |
| 12 | Fax: (650) 554-6240 |
| 13 | Attorneys for Defendant |
| | FOODMATCH, INC. |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | MICHAEL DODGE, | Case No. CV 12-03650 WHO |
| 19 | Plaintiff, | |
| 20 | v. | **STIPULATION OF DISMISSAL** |
| 21 | | **WITH PREJUDICE AND** |
| 22 | FOODMATCH, INC., and DOES ONE through TWENTY, inclusive, | **ORDER** |
| 23 | Defendants. | |

1  Pursuant to the terms of a written compromise settlement and release of claims and
2  pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate
3  that the above-captioned action by Plaintiff Michael Dodge against Foodmatch, Inc., shall be
4  dismissed with prejudice, and that, except as otherwise provided in the agreements between the
5  parties, each party shall bear their own costs and fees, including attorneys' fees.
6  **IT IS SO STIPULATED**.

8  Dated:  August 16, 2013        LAW OFFICES OF STEPHEN M. MURPHY
9                                 By:    /s/ P. Bobby Shukla
10                                        STEPHEN M. MURPHY
                                          P. BOBBY SHUKLA
11                                        Attorneys for Plaintiff
                                          MICHAEL DODGE

13 Dated: August 16, 2013         FARBSTEIN & BLACKMAN
14                                By:    /s/ Michael A. Farbstein
                                          MICHAEL A. FARBSTEIN
15                                        Attorneys for Defendant
                                          FOODMATCH, INC.

18                                **ORDER**
19  It is hereby ordered and adjudged that this matter is dismissed with prejudice and that,
20 except as otherwise provided in the agreements between the parties, each party shall bear their
21 own costs and fees, including attorneys' fees.
22 Dated: August  20, 2013        By: _____
                                       WILLIAM H. ORRICK
23                                     UNITED STATES DISTICT JUDGE