1  LAW OFFICES OF STEPHEN M. MURPHY
   STEPHEN M. MURPHY (No. 103768)
2  P. BOBBY SHUKLA (No. 229736)
   353 Sacramento Street, Suite 1140
3  San Francisco, CA 94111
4  Tel:    (415) 986-1338
   Fax:    (415) 986-1231
5
   Attorneys for Plaintiff
6  MICHAEL DODGE
7
8  FARBSTEIN & BLACKMAN
   A Professional Corporation
9  MICHAEL A. FARBSTEIN (No. 107030)
   MAGGIE W. TRINH (No. 279604)
10 411 Borel Avenue, Suite 425
   San Mateo, California 94402-3518
11 Tel: (650) 554-6200
12 Fax: (650) 554-6240
13 Attorneys for Defendant
   FOODMATCH, INC.
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
17
18 MICHAEL DODGE,                       Case No. CV 12-03650 WHO
19       Plaintiff,
20 v.
                                        **STIPULATION OF DISMISSAL
21                                      WITH PREJUDICE AND
                                        ORDER**
22 FOODMATCH, INC., and DOES ONE
   through TWENTY, inclusive,
23
         Defendants.
24
25
26
27
28

1     Pursuant to the terms of a written compromise settlement and release of claims and

2 pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate

3 that the above-captioned action by Plaintiff Michael Dodge against Foodmatch, Inc., shall be

4 dismissed with prejudice, and that, except as otherwise provided in the agreements between the

5 parties, each party shall bear their own costs and fees, including attorneys' fees.

6     **IT IS SO STIPULATED**.

7

8 Dated:  August 16, 2013            LAW OFFICES OF STEPHEN M. MURPHY

9                                   By:   /s/ P. Bobby Shukla
                                         STEPHEN M. MURPHY
10                                        P. BOBBY SHUKLA
                                         Attorneys for Plaintiff
11                                        MICHAEL DODGE

12

13 Dated: August 16, 2013             FARBSTEIN & BLACKMAN

14                                  By:   /s/ Michael A. Farbstein
                                         MICHAEL A. FARBSTEIN
15                                        Attorneys for Defendant
                                         FOODMATCH, INC.

16

17

18                                  **ORDER**

19     It is hereby ordered and adjudged that this matter is dismissed with prejudice and that,

20 except as otherwise provided in the agreements between the parties, each party shall bear their

21 own costs and fees, including attorneys' fees.

22 Dated: August __20__, 2013          By: _____
                                         WILLIAM H. ORRICK
23                                       UNITED STATES DISTICT JUDGE

24

25

26

27

28